IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY IRVIN,** | **CIVIL ACTION NO. 3:23-cv-298** |
| **Plaintiff,** | *Filed Electronically* |
| v. | Hon. Stephanie L. Haines<br>United States District Judge |
| **PENNSYLVANIA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Plaintiff, EMILY IRVIN, and Defendant, PENNSYLVANIA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action shall be DISMISSED with prejudice. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Date: <u>October 29, 2024</u>                          Respectfully submitted,


<u>/s/ *Nicholas W. Kennedy*</u>                          <u>/s/ *McCall B. Chafin*</u>
Nicholas W. Kennedy, Esq. (Pa. 317386)            McCall B. Chafin, Esq. (Pa. 328772)
Nicole Daller, Esq. (Pa. 312224)


HORNE DALLER LLC                                   Pennsylvania Office of Attorney General
1380 Old Freeport Road, Suite 3A                   Litigation Section
Pittsburgh, PA 15238                               1251 Waterfront Place, Mezzanine Level
Phone: (412) 967-9400                              Pittsburgh, PA 15222
Fax: (412) 967-0465                                Phone: (412) 952-5236
nkennedy@hornedaller.com                           mchafin@attorneygeneral.gov
ndaller@hornedaller.com

                                                   *Attorney for Defendant*

*Attorney for Plaintiff*

AND NOW, this __29ᵗʰ__ ,
day of __October__ , 20__24__ ,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE